UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ROYALTY,

      Plaintiff,

v.                                                        Case No. 1:20-cv-599
                                                        Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED**.

Dated: September 28, 2021                            /s/ Ray Kent
                                                                       United States Magistrate Judge